# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

**MEINEKE CAR CARE CENTERS, INC.,**
**Plaintiff,**

**vs.**        CASE NO. 3:10-cv-00031-FDW

**IGOR DUGLAS,**
**SEMINOLE AUTO REPAIR , LLC,**
**and GREG REYNOLDS,**
**Defendants.**
_____/

## DECLARATION OF STEPHEN KETZEL

Stephen Ketzel makes this declaration under penalty of perjury and pursuant to 28 U.S.C. § 1746 and states:

1.     My name is Stephen Ketzel. I am competent to make this Declaration and do so freely, based upon my personal knowledge.

2.     I am the service manager of Seminole Auto Repair, LLC, and in that capacity manage the daily operations of the business and supervise the two service technicians employed by Seminole Auto Repair, LLC.

3.     I replaced Greg Reynolds as service manager of Seminole Auto Repair, LLC.

**EXHIBIT 2**

4.    Seminole Auto Repair is owned by its general manager, Nadezhda Radchenko.

5.    Igor Duglas does not own, operate or manage Seminole Auto Repair, LLC.

6.    Igor Duglas does not control the finances, policies or business practices of Seminole Auto Repair, LLC.

7.    I have never taken any action which would suggest Seminole Auto repair, LLC, has any connection to, or affiliation with, Meineke Car Care Centers.

8.    I am not aware of any other agent of Seminole Auto Repair, LLC, taking any action which would suggest Seminole Auto repair, LLC, has any connection to, or affiliation with, Meineke Car Care Centers.

I make this Declaration under penalty of perjury, this 2C day of July, 2010.

_Stephen Ketzel_

Stephen Ketzel