UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:10-CV-00031-FDW-DCK

MEINEKE CAR CARE CENTERS, INC., )
                                                )
              Plaintiff, )
                                                )
                                                )     **FINAL CONSENT JUDGMENT**
      vs. )
                                                )
IGOR DUGLAS, and )
SEMINOLE AUTO REPAIR, LLC, and )
GREG REYNOLDS, )
             Defendants. )

The parties having advised the Court that they have settled the above captioned case ("Case"), and that they have agreed that the Court shall enter an Order pursuant to a Settlement Agreement attached hereto as **Exhibit A** by and between the parties to this action.

It is hereby **ORDERED, ADJUDGED, AND DECREED** that:

A Judgment be granted to Meineke Car Care Centers, Inc. against Igor Duglas in the amount of Twenty Thousand ($20,000) Dollars.

IT IS FURTHER ORDERED that Defendant Igor Duglas shall cease and refrain from, for a period of one (1) year from the date of this Order, from directly or indirectly: (i) owning a legal or beneficial interest in Seminole Auto Repair located at 1789 Capital Circle, SE, Tallahassee, Florida ("Seminole Auto Repair"); (ii) managing, operating or consulting with Seminole Auto Repair or any of its officers, directors, employees, or consultants; and (iii) loaning money to or in any way providing funds to Seminole Auto Repair or any of its officers, directors, or employees in the capacity as an owner, operator, employee, or consultant with Seminole Auto Repair.

It is further ordered that Igor Duglas, for a period of one (1) year from the date of this Order, shall not operate any business within a radius of six (6) miles of the premises of former Meineke Center No. 2019 located at 1023 North Monroe Street, Tallahassee, Florida, which business repairs or replaces exhaust system components, brake system components, or shocks; and any business operating within a radius of six (6) miles of any Meineke Center existing as of the date Defendant Duglas executed his Franchise and Trademark Agreement with Plaintiff, which business repairs or replaces exhaust system components, brake system components, or shocks and struts.

It is further ordered that Defendant Seminole Auto Repair, LLC, its heirs, administrators, and assigns, shall cease and refrain from, for a period of one (1) year from the date of compliance, seeking any financial assistance, management or consultation advice from Defendant Igor Duglas in the operation of its business located at 1789 Capital Circle SE, Tallahassee, Florida.

It is further ordered that Igor Duglas and Seminole Auto Repair, together with all of their officers, directors, employees, and their respective heirs, administrators, successors and assigns, shall immediately cease using and shall take any steps necessary to ensure that the Meineke name and/or logo is not used on any receipts or documents associated with Seminole Auto Repair, LLC. Such steps shall include destroying the computer software program used by Defendant Igor Duglas at his former Meineke Center No. 2019 and by Defendant Seminole Auto Repair.

IT IS FURTHER ORDERED that Defendants Igor Duglas and Seminole Auto Repair shall immediately return any and all Meineke materials still in their control, including but not limited to customer lists associated with Defendant Duglas' former Meineke Center No. 2019.

IT IS FURTHER ORDERED that for every day that either Defendants Igor Duglas or Seminole Auto Repair violate the Court's Order as to paragraphs two (2), three (3) and four (4) of this Order, the time frame enumerated in those Orders shall be extended by one day.

IT IS FURTHER ORDERED that all other claims in this action are dismissed with prejudice. The Clerk is directed to terminate all pending motions and to close this case.

The Court retains jurisdiction over the parties to enforce the provisions of this Order.

IT IS SO ORDERED.

Signed: August 4, 2010

Frank D. Whitney
United States District Judge

CONSENTED TO IN FORM AND SUBSTANCE:

                                                                  s/ Theodore P. Pearce
N.C. State Bar No. 14418
Attorney for Plaintiff
Meineke Car Care Centers, Inc.
128 South Tryon Street, Suite 900
Charlotte, NC 28202
Telephone: (704) 644-8855
Fax: (704) 358-4706
E-mail: ted.pearce@meineke.com


s/ Judson Orrick
Attorney for Defendants Igor Duglas and Seminole Auto Repair, LLC
Equels Law Firm
660 East Jefferson Street
Tallahassee, Florida 32301
Telephone: (850) 222-2900
Fax: (850) 222-2933
Email:jorrick@equelslawtlh.com