# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CRIMINAL CASE NO. 3:10cv31

Meineke Car Care Centers, Inc.,

    Plaintiff,

v

Igor Duglas; Seminole Auto Repair, LLC; and Greg Reynolds,

    Defendants.

## ORDER

    This matter is before the Clerk for purposes of returning the cash bond on deposit with the Clerk. Plaintiff Meineke Car Care Centers, Inc., deposited $100.00 cash bond with the Clerk on March 31, 2010.

    The case was closed on August 4, 2010, and an audit of the court's deposit fund reflected that the bond was not returned.

    Therefore, the $100.00 cash bond deposited by Plaintiff is to be returned to Ted Pearce, plaintiff's counsel of record in this case.

    So Ordered, this 4th day of September, 2013.

Signed: September 4, 2013

_____
Frank G. Johns, Clerk
United States District Court